IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TAMMY KYLE                                                                    PLAINTIFF

v.                                    Civil No. 08-3009

MICHAEL J. ASTRUE, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                                DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave

to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the costs of

commencement of suit and, accordingly, the following order is entered this 15th day of January 2008:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is

granted. The clerk is hereby directed to file the complaint *nunc pro tunc* as of January 10, 2008.

Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of

this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant,

Michael J. Astrue, Commissioner, Social Security Administration, as well as Michael B. Mukasey,

U.S. Attorney General, and Claude Hawkins, Assistant U.S. Attorney, without prepayment of fees

and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the

date of service.

IT IS SO ORDERED.

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 1 7 2008

CHRIS R. JOHNSON, CLERK

BY
                          DEPUTY CLERK